## People of the State of Illinois, Defendant in Error, v. Harold Jackson, Plaintiff in Error.

### Gen. No. 40,617.

Heard in first division, first district, at April term, 1939; opinion filed January 22, 1940. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Blair L. Varnes and Melvin S. Rembe, Assistant State's Attorneys, of counsel; Cameron Latter, for plaintiff in error. Opinion by JUSTICE O'CONNOR. "Not to be published in full."

## David B. Maloney, Appellee, v. City of Des Plaines, Appellant.

### Gen. No. 40,723.

Heard in first division, first district, at June term, 1939; opinion filed January 22, 1940; rehearing denied February 5, 1940. Kenneth G. Meyer, for appellant; George P. Foster, for appellee. Opinion by JUSTICE O'CONNOR. "Not to be published in full."